# UNITED STATES DISTRICT COURT
для the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2008 DEC -4 AM 9: 45
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Sylvester Greene | ) Case No: CR696-00004-007 |
| | ) USM No: 09107-021 |
| Date of Previous Judgment: October 8, 1996 | ) Randy C. Anderson |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

The Court has denied the motion for reduction of sentence based on factors identified in 18 U.S.C. § 3553(a), namely the history and characteristics of the defendant and the need to protect the public from further crimes of the defendant. The defendant's Bureau of Prisons' disciplinary record is horrible. He has been cited on numerous occasions for refusing work assignments, refusing to obey orders, and possessing intoxicants. The defendant continues to refuse to abide by the laws and regulations of our society.

Except as provided above, all provisions of the judgment dated October 8, 1996, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12-4-08

Judge's signature

Effective Date: _____
(if different from order date)

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title